IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOE MILLS,

    Plaintiff,

vs.                                                             1:04-CV-401-SPM/AK

JOANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 16) dated February 8, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 16) is adopted and incorporated by reference in this order.

2.   The decision of the Commissioner to deny benefits is *affirmed*.

**DONE AND ORDERED** this <u>thirteenth</u> day of March, 2006.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

/pao