IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOE MILLS,

    Plaintiff,

vs.                                              1:04-CV-401-SPM/AK

MICHAEL ASTRUE,[1]
Commissioner of Social Security,

    Defendant.
_____/

### ORDER REMANDING CASE TO ADMINISTRATIVE LAW JUDGE

**THIS CAUSE** comes before the Court upon a remand from the Eleventh Circuit in a Social Security disability case. <u>Mills v. Astrue</u>, 06-12813 (11th Cir. Apr. 3, 2007). Given that neither party objected to the magistrate's report and recommendation, the appellate court reviewed the case only to determine whether the administrative law judge's (ALJ's) findings were supported by substantial evidence.

The court found that the ALJ neither "mention[ed] nor explain[ed] the weight given to either of [Dr. Lovett's and Dr. Amiel's] opinions," and failed to

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted, therefore, as the Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. §405(g).

articulate reasons to show good cause for discounting Dr. Pino's opinions.  The court remanded the case for further proceedings.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. This case is remanded directly to the ALJ.

2. The ALJ shall conduct further proceedings consistent with the Eleventh Circuit's instructions.

**DONE AND ORDERED** this <u>sixth</u> day of June, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge