IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOE MILLS,

    Plaintiff,

vs.                                             1:04-CV-401-SPM/AK

JOANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

_____/

## ORDER EXTENDING TIME TO FILE RESPONSE

Upon consideration, Defendant's unopposed motion (doc. 35) for an enlargement of time to file a response is granted. Defendant shall have up to and including **February 20, 2008**, to file and serve its response to the motion for an award of attorney's fees (doc. 34).

SO ORDERED this seventeenth day of January, 2008.

                                       *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge