IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOE MILLS,

    Plaintiff,

vs.                                                       1:04-CV-401-SPM/AK

MICHAEL ASTRUE,[1]
Commissioner of Social Security,

    Defendant.
_____/

## AMENDED ORDER RESERVING JURISDICTION

**THIS CAUSE** comes before the Court on the "Plaintiff's Motion for an Order Reserving Jurisdiction to Award Attorney's Fees Pursuant to USC § 406(b)(1)" (doc. 32); "Defendant's Motion to Alter or Amend" (doc. 36); and "Plaintiff's Response to Defendant's Motion to Alter or amend" (doc. 38).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     This case is hereby reversed and remanded directly to the Administrative Law Judge, pursuant to sentence four of 42 U.S.C. § 405(g).

2.     This order constitutes a final judgment pursuant to Federal Civil

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted, therefore, as the Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. §405(g).

       Procedure Rule 58.

3.     The Administrative Law Judge shall conduct further proceedings consistent with the Eleventh Circuit's instructions.

4.     If Plaintiff is awarded past due benefits, Plaintiff's counsel may file a request for attorney's fees under 42 U.S.C. § 406(b)(1), in accordance with 42 U.S.C. § 406(a)(2)(D)(I).

**DONE AND ORDERED** this <u>fourteenth</u> day of February, 2008.

       *s/ Stephan P. Mickle*
       Stephan P. Mickle
       United States District Judge